UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL ARGUELLO,<br>CDCR #BW-2448,<br>BOOKING #93892198,<br><br>                                       Plaintiff,<br><br>vs.<br><br>J. AGREDANO, Correctional Sergeant, JOHN DOE floor officer, and JOHN DOE Director of the San Diego Central Jail,<br><br>                                    Defendants. | Case No.: 24cv0937-AJB (KSC)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On May 28, 2024, Plaintiff Israel Arguello, a state prisoner proceeding *pro se* filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. Doc. No. 1. On October 2, 2024, the Court granted Plaintiff leave to proceed IFP and dismissed the Complaint without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1). (ECF No. 6.) Plaintiff was granted leave to amend by November 13, 2024, and specifically instructed that if he failed to file an amended

1  complaint within the time provided the Court would enter a final Order dismissing this
2  civil action based on Plaintiff's failure to prosecute in compliance with a court order
3  requiring amendment. (*Id*. at 12, citing *Lira v. Herrera*, 427 F.3d 1164, 1169 (9th Cir.
4  2005) ("If a plaintiff does not take advantage of the opportunity to fix his complaint, a
5  district court may convert the dismissal of the complaint into dismissal of the entire
6  action.") To date, Plaintiff has not filed an amended complaint or otherwise contacted the
7  Court.

   Accordingly, the Court **DISMISSES** this action without prejudice for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) & 1915A(b)(1), and for failure to prosecute. The Clerk of Court shall enter final judgment accordingly.

   **IT IS SO ORDERED.**

   Dated: December 20, 2024

   Hon. Anthony J. Battaglia
   United States District Judge